UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**RICHARD LYNCH,**

      *Plaintiff,*

  v.

**MTX GROUP, INC. and DASTAGIR NOBEL,**

      *Defendants.*

Civil Case No.
1:19-cv-1424 (TJM/CFH)

## NOTICE OF APPEARANCE OF BRIAN E. WHITELEY

Please notice my appearance as counsel to defendants MTX Group, Inc. and Dastagir Nobel in the above-captioned matter.

Respectfully submitted,

By its attorneys,

/s/ Brian Whiteley_____
Brian E. Whiteley (Bar Roll # 515896)
David M. Cost (Bar Roll # 514417)
Amanda Miller (Bar Roll # 701603)
Barclay Damon LLP
One Financial Center, Suite 1701
Boston, MA  02111
(617) 274-2900
bwhiteley@barclaydamon.com
dcost@barclaydamon.com
amiller@barclaydamon.com

Dated: March 2, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2020, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court, using the CM/ECF system, which sent notification of such filing to the following counsel of record:

Nicholas J. Rosenberg
Gardner & Rosenberg, P.C.
One State Street, Fourth Floor
Boston, MA  02109
nick@gardnerrosenberg.com

                                                    /s/ Brian Whiteley_____
                                                    Brian E. Whiteley